## ROBERT A. GINSBURG *v.* CADLE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 388 (AC 19915), is denied.

SULLIVAN, C. J., and VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Kenneth A. Votre*, in support of the petition.

*Donald C. Mahoney*, in opposition.

Decided April 11, 2001

## PAUL MELANSON *v.* TOWN OF WEST HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 683 (AC 20399), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Laura A. Klein*, in support of the petition.

*Kevin J. O'Connor*, corporation counsel, and *Patrick G. Alair*, assistant corporation counsel, and *Nicole D. Dorman*, in opposition.

Decided April 11, 2001